IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 12 C 1313 |
| DEBCO CORPORATION, a Wisconsin corporation, | ) ) ) ) | JUDGE HARRY D. LEINENWEBER |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, DEBCO CORPORATION, a Wisconsin corporation, in the total amount of $20,655.17, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,019.00.

On February 28, 2012, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Khalilah Starks, Corporate Operations Specialist) at its place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on March 20, 2012. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Patrick N. Ryan

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 12th day of April 2012:

        C T Corporation System, Registered Agent
        Debco Corporation
        208 S. LaSalle Street, Suite 814
        Chicago, IL  60604

        Mr. Robert T. Swenson, Sr., President
        Debco Corporation
        1202 Grace Street
        Janesville, WI  53545


                            /s/  Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\DEBCO Corp\motion.pnr.df.wpd